IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES WATSON,<br>　　　　Plaintiff | No. 3:24cv2035 |
| v. | (Judge Munley)<br>(Magistrate Judge Arbuckle) |
| JOSEPH PETERS, et al.,<br>　　　　Defendants | |

## ORDER

**AND NOW**, to wit, this 9th day of June 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

1) Plaintiff's objections, (Docs. 17, 18), to Magistrate Judge Arbuckle's report and recommendation ("R&R") are **OVERRULED**;

2) The R&R, (Doc. 16), is **ADOPTED**;

3) Plaintiff's *pro se* complaint, (Doc. 1), is **DISMISSED**;

4) Plaintiff's claim against Defendants Joseph Peters and Debra Hiese is **DISMISSED** without prejudice;

5) Plaintiff's claim against Wyoming County Court of Common Pleas is **DISMISSED** with prejudice;

6) The court declines to exercise jurisdiction over the state law cause of action;

7) The Clerk of Court is directed to **CLOSE** this case.


BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court